IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01025-WYD

KATHRYN A. PUTNAM,

    Plaintiff,

v.

MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed on February 12, 2013, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is

    ORDERED that this case is reversed and remanded to the Commissioner for further fact finding as directed in this Order pursuant to sentence four in 42 U.S.C. § 405(g).

    DATED at Denver, Colorado this 12th day of February, 2013.

                                      FOR THE COURT:

                                      JEFFREY P. COLWELL, CLERK


                                      By: s/ Edward P. Butler
                                      Edward P. Butler,
                                      Deputy Clerk