IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01025-WYD

KATHRYN A. PUTNAM,

    Plaintiff,

v.

MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

This matter comes before me on the parties' Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d) filed March 22, 2013.  Having reviewed the motion and file, I conclude that the motion should be granted and fees should be awarded to the Plaintiff.

THEREFORE, IT IS ORDERED as follows:

1. The parties' Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act [EAJA], 28 U.S.C. §2412(d) is **GRANTED**.

2. The Defendant shall pay to Plaintiff reasonable attorney fees in the amount of **$4,500.00**.  This award is without prejudice to Plaintiff's attorney's right to seek attorney fees pursuant to section 206(b) of the Social Security Act, 42 U.S.C. §406(b), subject to the offset provisions of the EAJA.

3. That payment shall be made payable to the Plaintiff and delivered to Plaintiff's counsel subject to the Treasury Offset program, 31 U.S.C. §3716(c)(3)(B).

4. If it is determined upon effectuation of this Order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, the Commissioner will consider the propriety of directing payment to the Plaintiff's attorney pursuant to the Plaintiff's assignment.  If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

5. Defendant's payment of this amount bars any and all claims Plaintiff may have relating to EAJA fees and expenses in connection with this action incurred through the date that the EAJA stipulation was filed on March 22, 2013.

6. This Order will not be used as precedent in any future cases.

Dated: April 2, 2013.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE