IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01025-WYD

KATHRYN A. PUTNAM,

     Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

     Defendant.

---

## ORDER FOR ATTORNEY'S FEES UNDER 42 U.S.C. §406(b)

---

The Court, having reviewed Plaintiff's Unopposed Motion for Attorneys' Fees Under 42 U.S.C. §406(b) Pursuant to Fed.R.Civ.P. 60(b)(6), hereby

ORDERS that Plaintiff's Unopposed Motion for Attorneys' Fees Under 42 U.S.C. §406(b) Pursuant to Fed.R.Civ.P. 60(b)(6) [ECF No. 19] is **GRANTED**.  Consistent therewith, attorneys' fees are awarded in the amount of **$15,000**, which shall be paid directly to Plaintiff's counsel Ann J. Atkinson from the monies being withheld by the Commissioner from Plaintiff's past due benefits.  Upon payment of these fees, Plaintiff's attorney shall refund to the Plaintiff the $4,500 in EAJA fees paid pursuant to the Court's Order of April 2, 2014 [ECF No. 18].

Dated:  April 30, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel_____
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE